|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| RODERICK WASHINGTON, | Case No. 2:23-cv-09836-CBM (MAA) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| RODERICK WASHINGTON V. ALEX VILLANUEVA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 33.) The Court has also reviewed the Plaintiff's Objection to the Report and Recommendation, filed on September 2, 2025 ("Objection"). (ECF No. 37.)

As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Plaintiff specifically has objected. The Objection lacks merit for the reasons stated in the Report and Recommendation. The Court finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs with and accepts

///

///

the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

**IT THEREFORE IS ORDERED** that:

(1) The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2) The following claims are **DISMISSED with prejudice and without leave to amend**:

    a. All official capacity claims against all Defendants;

    b. All individual capacity claims against all Defendants except Doe 1; and

    c. All individual capacity claims against Defendant Doe 1 except the First Amendment Free Exercise claim, which shall **PROCEED** against this Defendant.

DATED: October 22, 2025

    HONORABLE CONSUELO B. MARSHALL
    UNITED STATES DISTRICT JUDGE